

PHILLIP A. TALBERT
United States Attorney
MICHAEL D. ANDERSON
ROSANNE L. RUST
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:22-cr-0245 DAD |
|---|---|
| Plaintiff, | |
| v. | REQUEST TO SEAL INDICTMENT |
| BRENDA VILLA, | |
| Defendant. | |

On December 8, 2022, the United States of America (the "government") presented to the grand jury now in session in the City of Sacramento, California, one proposed indictment charging the defendant with violations of 18 U.S.C. § 371, 18 U.S.C. § 1519 and 18 U.S.C. § 1623. The grand jury returned this indictment to the Court today. The government believes that the defendant would pose a risk of flight and a danger to the community if the charges in the indictment became public prior to her arrest. Accordingly, the government respectfully requests that the Court exercise its authority under

///
///
///
///
///
///

Rule 6(e)(4) of the Federal Rules of Criminal Procedure and order that the indictment, the government's request to seal, and the Order to Seal be sealed until the defendant is arrested or until further order of the Court.

Dated: December 8, 2022

PHILLIP A. TALBERT
United States Attorney

By: /s/ ROSANNE L. RUST
ROSANNE L. RUST
MICHAEL D. ANDERSON
Assistant United States Attorneys