UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
December 28, 2022
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BRENDA VILLA,

    Defendant.

Case No. 2:22-cr-00245-DAD

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release BRENDA VILLA, Case No. 2:22-cr-00245-DAD, Charge 18 U.S.C. § 371, from custody for the following reasons:

_____ Release on Personal Recognizance

__X__ Bail Posted in the Sum of $ 25,000.00

    _____ Unsecured Appearance Bond $

    _____ Appearance Bond with 10% Deposit

    __X__ Appearance Bond with Surety

    _____ Corporate Surety Bail Bond

    _____ (Other):

Sacramento County Jail is further ORDERED to release the defendant with a

__X__ 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on December 28, 2022 at 2:15 p.m.

*Jeremy Peterson*

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE