## SPECIAL CONDITIONS OF RELEASE

Re: VILLA, Brenda
Case No.: 2:22-CR-0245-DAD
Date: December 28, 2022

1. You must report to and comply with the rules and regulations of Pretrial Services;

2. You must report in person to the Pretrial Services office on the first working day following your release from custody;

3. You must reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

4. You must cooperate in the collection of a DNA sample;

5. You must restrict your travel to the Eastern District of California, unless otherwise approved in advance by Pretrial Services;

6. You must not possess, have in your residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you must provide written proof of divestment of all firearms/ammunition currently under your control;

7. You must refrain from **excessive** use of alcohol and **any** use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used;

8. You must submit to drug testing as approved by the pretrial services officer. You must pay all or part of the costs of the testing services based upon your ability to pay, as determined by the pretrial services officer;

9. You must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer;

10. You must take all medication as prescribed by a licensed medical practitioner;

11. You must not apply for or obtain a passport or any other travel documents during the pendency of this case;

12. You must not associate with, or have or attempt to have contact, including in-person or through electronic means, with a) Arturo Pacheco or Ashley Aurich; b) any witness in this case; c) any employee of the United States Attorney's Office for the Eastern District of California or any former prosecutor in the federal cases against you – unless in the presence of counsel; and

13. You must report any contact with law enforcement to your pretrial services officer within 24 hours.