IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**UNITED STATES OF AMERICA,**

        Plaintiff,

    v.                          CR NO: 2:22-CR-245 WBS

**BRENDA VILLA,**

        Defendant.

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☐ Ad Prosequendum        ☒ Ad Testificandum

| | | |
|---|---|---|
| Name of Detainee: | Ashley Marie Aurich | |
| Detained at | Federal Prison Camp Bryan | |
| Detainee is: | a.) ☐ charged in this district by: ☐ Indictment ☐ Information ☐ Complaint charging detainee with: _____ | |
| or | b.) ☒ a witness not otherwise available by ordinary process of the Court | |
| Detainee will: | a.) ☒ return to the custody of detaining facility upon termination of proceedings | |
| or | b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility | |

*Appearance is necessary FORTHWITH in the Eastern District of California.*

| | |
|---|---|
| Signature: | */s/ Rosanne L. Rust* |
| Printed Name & Phone No: | Rosanne L. Rust, (916) 554-2811 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS

☐ Ad Prosequendum        ☒ Ad Testificandum

The above application is granted and the above-named custodian, as well as any Federal Agent for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

| | |
|---|---|
| Dated: April 20, 2023 | /s/ Carolyn K. Delaney |
| | Honorable Carolyn K. Delaney |
| | U.S. MAGISTRATE JUDGE |

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☐ Male | ☒ Female |
| Booking or CDC #: | 24488-509 | DOB: | 1/13/1989 |
| Facility Address: | 1100 Ursuline Ave., Bryan, TX 77803 | Race: | White |
| Facility Phone: | (979) 823-1879 | FBI#: | 355411LE6 |
| Currently | | | |

## RETURN OF SERVICE

Executed on: _____        _____
                                                                (signature)