PHILLIP A. TALBERT
United States Attorney
MICHAEL D. ANDERSON
ROSANNE L. RUST
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:22-CR-245 WBS |
| Plaintiff, | ORDER AUTHORIZING EARLY DISCLOSURE OF GRAND JURY INFORMATION FOR DISCOVERY PURPOSES |
| v. | |
| BRENDA VILLA, | |
| Defendant. | |

Upon application of the United States of America and pursuant to Federal Rule of Criminal Procedure 6(e)(3)(E)(i):

IT IS HEREBY ORDERED that the United States is authorized to provide early disclosure of grand jury transcripts related to this case to defendant prior to the time required under the Jencks Act, 18 U.S.C. § 3500.

Dated:  April 25, 2023

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1