PHILLIP A. TALBERT
United States Attorney
MICHAEL D. ANDERSON
ROSANNE L. RUST
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:22-CR-245 WBS |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| BRENDA VILLA, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Brenda Villa, by and through defendant's counsel of record, hereby stipulate as follows:

1. During the week of July 11, 2023, the government tried the defendant on the five counts in the Indictment. On July 17, 2023, the jury returned a guilty verdict on Count Five. On the remaining four counts, the Court declared a mistrial after the jury informed the Court that it could not reach a unanimous verdict on those counts.

2. Subsequently, defense counsel, Mr. Hintz, filed a motion for judgment of acquittal of all counts and requested that he be relieved as counsel. ECF Nos. 61 & 62.

3. The Court then held a hearing on July 24, 2023, at which it granted defense counsel's request to be relieved, and it appointed new defense counsel, Mr. Price. During the hearing, the government also expressed its intention to retry the hung counts. ECF No. 63.

4. On July 27, 2023, the parties again appeared before the Court to discuss whether defense counsel wanted the opportunity to supplement the previously filed motion for judgment of acquittal and the setting of a new trial. After defense counsel requested the ability to supplement the motion, the Court set a briefing schedule on the motion and a corresponding hearing date. The Court also set a new trial date of December 12, 2023, at defense counsel's request. Defense counsel informed the Court that he would need time up and through December 12th to review the discovery in this case, along with the prior trial's transcripts, so he could supplement the motion and otherwise prepare for the new trial.

5. Based on that representation by defense counsel, the government requested that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq. (Local Code T-4), within which retrial must commence, *i.e.*, the time period of July 27, 2023, to December 12, 2023, inclusive, to provide defense counsel with time to supplement the motion and prepare for the retrial of the case. Defense counsel agreed that a finding excluding time for his preparation was warranted, and the Court excluded time for defense preparation.

6. The parties now submit a written stipulation and proposed order to memorialize the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161 (Local Code T-4).

7. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: July 27, 2023                    PHILLIP A. TALBERT
                                        United States Attorney


                                        /s/ ROSANNE RUST
                                        ROSANNE L. RUST
                                        MICHAEL D. ANDERSON
                                        Assistant United States Attorneys


Dated: July 27, 2023                    /s/ JEROME PRICE
                                        JEROME PRICE
                                        Counsel for Defendant
                                        Brenda Villa

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

**ORDER**

     IT IS SO FOUND AND ORDERED.

Dated:  July 27, 2023

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE