PHILLIP A. TALBERT
United States Attorney
MICHAEL D. ANDERSON
ROSANNE L. RUST
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>BRENDA VILLA,<br><br>　　　　　　　Defendant. | CASE NO. 2:22-CR-245 WBS<br><br>**ORDER TO WITHDRAW APPLICATION FOR WRIT OF HABEAS CORPUS** |

**ORDER**

The Court having read and considered the United States' Motion, hereby finds that GOOD CAUSE exists and orders the Application For Writ of Habeas Corpus withdrawn.

IT IS SO FOUND AND ORDERED.


Dated: November 1, 2023

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　KENDALL J. NEWMAN
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE