PHILLIP A. TALBERT
United States Attorney
MICHAEL D. ANDERSON
ROSANNE L. RUST
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:22-CR-245 WBS |
| Plaintiff, | [~~PROPOSED~~] ORDER |
| v. | |
| BRENDA VILLA, | |
| Defendant. | |

[~~PROPOSED~~] ORDER

Having reviewed the United States' Motion for Order Requesting Docketing of a Notice under Local Rule 141 and finding good cause, the Court orders that the Defendant file a notice under Local Rule 141 corresponding to ECF No. 82.

DATED: December 4, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE