PHILLIP A. TALBERT
United States Attorney
MICHAEL D. ANDERSON
ROSANNE L. RUST
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>       v.<br><br>BRENDA VILLA,<br><br>             Defendant. | CASE NO. 2:22-CR-00245 WBS<br><br>FIRST AMENDED GOVERNMENT'S EXHIBIT LIST<br><br>DATE: December 12, 2023<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |

The United States, by and through its undersigned counsel, hereby submits the following list of exhibits it intends to introduce in its case-in-chief:

| EXHIBIT NO. | DESCRIPTION | BATES RANGE | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| 1 | Final incident package for Inmate Victim 1 (R.P) | VILLA_00000610-VILLA_00000644, VILLA_00002442-VILLA_00002443 | | |
| **2 series** | Pages removed and replaced in final reports re Price incident | | | |
| 2A | Ashley Aurich | PACHECO_00002575 | | |
| 2B | Arturo Pacheco | PACHECO_00000051 | | |
| 3 | *Intentionally Left Blank* | | | |
| 4 | *Intentionally Left Blank* | | | |

| **EXHIBIT NO.** | **DESCRIPTION** | **BATES RANGE** | **IDENTIFIED** | **ADMITTED** |
|---|---|---|---|---|
| **5 series** | Brenda Villa emails to group for Price incident | | | |
| 5A | 9/15/16 15:57:37 email | VILLA_00000071-72 | | |
| 5B | 9/15/16 16:02:55 email | VILLA_00000075-76 | | |
| 5C | 9/16/16 09:29:08 Kiel reply email to Villa re: SBI status | VILLA_00000146 | | |
| **6 series** | Lopez Draft Reports/Emails re Price incident | | | |
| 6A | Dorian Lopez 9/15/16 18:20:52 email and draft report re Price incident | VILLA_00000100-VILLA_00000102 | | |
| 6B | Dorian Lopez 9/15/16 20:36:01 email and draft report re Price incident | VILLA_00000125-VILLA_00000127 | | |
| 6C | Dorian Lopez 9/15/16 21:13:07 email and draft report re Price incident | VILLA_00000134-VILLA_00000136 | | |
| **7 series** | Aurich Draft Reports/Emails re Price incident | | | |
| 7A | Ashley Aurich 9/15/16 16:23:37 email re example draft report | VILLA_00000082-VILLA_00000085 | | |
| 7B | Ashley Aurich 9/15/16 20:04:40 email and draft report re Price incident | VILLA_00000116-VILLA_00000118 | | |
| 7C | Brenda Villa email to Ashley Aurich 9/16/16 15:41:40 and draft report re Price incident | VILLA_00000157-VILLA_00000159 | | |
| **8 series** | Pacheco Draft Reports/Emails re Price incident | | | |

| EXHIBIT NO. | DESCRIPTION | BATES RANGE | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| 8A | Arturo Pacheco 9/15/16 20:14:27 email and draft report re Price incident | VILLA_00000121-VILLA_00000122 | | |
| 8B | Brenda Villa email to Arturo Pacheco 9/15/16 20:39:44 and draft report re Price incident | VILLA_00000130-VILLA_00000131 | | |
| 8C | Brenda Villa email to Arturo Pacheco 9/16/16 15:17:28 and draft report re Price incident | VILLA_00000153-VILLA_00000154 | | |
| 8D | Arturo Pacheco 9/16/16 16:14:23 reply to Brenda Villa re Price incident | VILLA_00000162 | | |
| 9 | Arturo Luna email to himself | VILLA_00000095-97 | | |
| 10A | Google Photo | PACHECO_00000960 | | |
| 10B | Google Photo | PACHECO_00000961 | | |
| 11 | Diagram of A-Facility | VILLA_00000370 | | |
| 12 | Photos of CSP-Sacramento | VILLA_00000972, 985, 970, 975, 974, 981, 973, 982, 967, 983, 984, 987, 999, 980, 979 | | |
| 13 | Photos of A-Facility | PACHECO_00003476, 3533, 3493, 3531, 3532, 3529, 3528, 3494, 3495, 3498, 3501, 3505 | | |
| 14 | Additional Photos of CSP-Sacramento | VILLA_00002492, 2499, 2494, 2495, 2498, 2497, 2502, 2504, 2512, 2517, 2506, 2509 | | |
| 15 | Photos of Victim 1 | PACHECO_00000111-PACHECO_00000112 | | |
| **16 series** | CDCR officer photos | | | |
| 16A | Arturo Pacheco | PACHECO_00003541 | | |
| 16B | Ashley Aurich | PACHECO_00003534 | | |
| 16C | Arturo Luna | PACHECO_00003540 | | |
| 16D | Jeff Bigney | PACHECO_00003535 | | |

| EXHIBIT NO. | DESCRIPTION | BATES RANGE | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| 16E | Brenda Villa | PACHECO_00003544 | | |
| 16F | Todd Jones | PACHECO_00003537 | | |
| 16G | Dorian Lopez | PACHECO_00003539 | | |
| 16H | Josh Kiel | PACHECO_00003538 | | |
| **17 series** | Brenda Villa DMV Driver License Photos | | | |
| 17A | DMV Photo 1 | VILLA_00002486 | | |
| 17B | DMV Photo 2 | VILLA_00002487 | | |
| 17C | DMV Photo 3 | VILLA_00002488 | | |
| 17D | DMV Photo 4 | VILLA_00002489 | | |
| 17E | DMV Photo 5 | VILLA_00002490 | | |
| 18 | *Intentionally Left Blank* | | | |
| 19 | CSPS interdisciplinary progress notes of Victim 1 (R.P.) | PACHECO_00001357-PACHECO_00001359 | | |
| **20 series** | UC Davis Medical Record Excerpts of Victim 1 (R.P.) | | | |
| 20A | Medical Records – Excerpt 1 | VILLA_00000373-VILLA_00000374 | | |
| 20B | Medical Records – Excerpt 2 | VILLA_00000386-VILLA_00000388 | | |
| 20C | Medical Records – Excerpt 3 | VILLA_00000392 | | |
| 20D | Medical Records – Excerpt 4 | VILLA_00000396-VILLA_00000398 | | |
| 20E | Medical Records – Excerpt 5 | VILLA_00000554 | | |
| 20F | Medical Records – Excerpt 6 | VILLA_00000466-VILLA_00000479 | | |
| 20G | UC Davis Medical Records - Full | VILLA_00000373-VILLA_00000563 | | |
| 21 | GJ Transcript - Testimony of Brenda Villa on 11/5/2020 | VILLA_00000001-VILLA_00000041 | | |
| 21A | GJ Transcript – Excerpt 1 | VILLA_00000004-VILLA_00000009 | | |
| 21B | GJ Transcript – Excerpt 2 | VILLA_00000010-VILLA_00000012 | | |
| 21C | GJ Transcript – Excerpt 3 | VILLA_00000015-VILLA_00000016 | | |
| 21D | GJ Transcript – Excerpt 4 | VILLA_00000019-VILLA_00000023 | | |
| 21E | GJ Transcript – Excerpt 5 | VILLA_00000039 | | |

| EXHIBIT NO. | DESCRIPTION | BATES RANGE | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| 22 | Final incident package for inmate S.B. | VILLA_00000579-VILLA_00000609, VILLA_00002441 | | |
| 23 | Victim 1 R.P. Interview | PACHECO_00000111-PACHECO_00000112 | | |

Dated: December 11, 2023

PHILLIP A. TALBERT
United States Attorney

By: /s/ MICHAEL D. ANDERSON
MICHAEL D. ANDERSON
ROSANNE L. RUST
Assistant United States Attorneys