IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>BRENDA VILLA,<br>Defendant. | Case No. 2:22-cr-00245-WBS<br>**ORDER GRANTING MOTION TO WITHDRAW AND APPOINTING SUBSTITUE COUNSEL**<br>Judge: Hon. William B. Shubb |

For good cause shown, appointed counsel Federal Defender Heather E. Williams and Assistant Federal Defender Ann C. McClintock are relieved as counsel for Defendant Brenda Villa in this matter. Substitute counsel Benjamin Ramos is appointed in this matter *nunc pro tunc* to August 11, 2026. Mr. Ramos's appointment shall include any necessary work authorized under General Order 595.

It is so Ordered.

Dated: August 12, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE