ERIC GRANT
United States Attorney
MICHAEL D. ANDERSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>BRENDA VILLA,<br>Defendant. | CASE NO. 2:22-CR-00245-WBS<br>ORDER TO SELF-SURRENDER |

**ORDER**

The Mandate in this case having been issued, and upon motion by the United States, pursuant to Title 18, United States Code, Section 3141 and 3143(b), IT IS HEREBY ORDERED that Defendant Brenda Villa, self-surrender to the United States Marshal's Office, located on the Fifth Floor of the United States Courthouse at 501 I Street, Sacramento, California, no later than 3:00 p.m., today, Friday, August 14, 2026, to begin serving the sentence imposed by the Court in the above captioned matter.

Dated: August 14, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE